NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

03-201

JOYCE ACOLATSE, individually and as Guardian, Mother and Next Friend of MICHAEL ACOLATSE (a developmentally disabled individual), DAVID EATON, individually and GAIL PETERSON, individually

VERSUS

JIM EASTERWOOD, MARTIN DE PORRES NURSING HOME, INC., a Louisiana non-profit corporation, and DEVELOPMENTAL SERVICES OF NEBRASKA, a Nebraska non-profit corporation.

**********
APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 99-6898
HONORABLE DAVID PAINTER, DISTRICT JUDGE

**********

NED E. DOUCET, JR.
CHIEF JUDGE

**********

Court composed of Ned E. Doucet, Jr., Chief Judge, Billie Colombaro Woodard, Jimmie C. Peters, John D. Saunders, and Marc T. Amy, Judges.

**AFFIRMED.**

Peters, J., dissents finding that there exists genuine issues of material fact that preclude the grant of a summary judgment.

Amy, J., concurs and assigns written reasons.

Roger G. Burgess
Baggett, McCall & Burgess
3006 Country Club Road
Lake Charles, LA 70605
Counsel for Plaintiffs/Appellants:
       Joyce Acolatse,
       David Eaton, and
       Gail Peterson

Craig Robert Nelson
Ward Nelson, L. L.C.
1539 Jackson Ave., 6th Floor
New Orleans, LA 70130
Counsel for Defendant/ Appellee:
       Martin De Porres Nursing Home


Benjamin Wakefield Mount
Bergstedt & Mount
1011 Lakeshore Dr., Ste 200
Lake Charles, LA 70601
Counsel for Defendant /Appellee:
       Nebraska Dept. of Social Services